IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERNEST TERRELL FRIAR, JR.  PLAINTIFF
ADC #660122

v.  No. 3:22-cv-00003-DPM

NEWPORT POLICE DEPARTMENT;
JACKSON COUNTY DETENTION
CENTER; BRIAN BICKEL, Badge #128
or #125, Newport Police Department –
Jackson County; JASON BURTON, Parole
Officer, Jackson County Parole and Probation;
TIFFANY JACKSON, Parole Officer, Jackson
County Parole and Probation; AMAMDA
LEASURE, Supervisor, Jackson County Parole
and Probation Board; HEIKE C. MCKINNEY,
Parole Officer, Conway; SCOTT PHILLIPS,
Police Officer, Newport Police Department;
KENNETH EUBANKS, Police Officer, Newport
Police Department; MARK HARMON, Detective,
Newport Police Department; DOES, Arkansas
Parole and Probation Board – Jackson County  DEFENDANTS

JUDGMENT

Friar's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 January 2022